[No. 56057-3-I. Division One. May 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAN GORUN, *Appellant*.

Appeal from judgments of the Superior Court for Whatcom County, No. 03-1-01342-3, Ira Uhrig, J., entered January 11 and April 5, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Agid and Schindler, JJ.

[No. 56728-4-I. Division One. May 21, 2007.]

*In the Matter of the Personal Restraint of* MARK W. ENGMAN, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Baker, J., concurred in by Appelwick, C.J., and Coleman, J.

[No. 57004-8-I. Division One. May 21, 2007.]

KAY CUNNINGHAM, *Appellant*, v. PACIFIC FOODS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-19825-1, Jeffrey M. Ramsdell, J., entered August 8, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Agid, JJ.

[No. 57098-6-I. Division One. May 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE FORNAH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01722-6, Michael J. Fox, J., entered September 26, 2005. *Affirmed* by unpublished per curiam opinion.